Finding no error law or abuse of discretion, nor any basis for disturbing the decrees of the orphans' court, its adjudications must be affirmed.

Decrees affirmed. Each party to pay own costs.

MANDERINO, J., did not participate in the consideration or decision of this case.

LARSEN, J., concurs in the result.

410 A.2d 775

**In re TRUST AGREEMENT FOR the RETIREMENT BENEFIT PLAN OF the PITTSBURGH PRESS COMPANY AND PITTSBURGH NEWSPAPER PRINTING PRESSMEN'S UNION NO. 9. Pension Trust Plan of the Daily News Publishing Company and Pittsburgh Newspaper Printing Pressmen's Union No. 9.**

**Appeal of RETIREMENT BOARD OF the RETIREMENT BENEFIT PLAN OF the PITTSBURGH PRESS COMPANY AND PITTSBURGH NEWSPAPER PRINTING PRESSMEN'S UNION NO. 9 and the Pension Board of the Pension Trust Plan of the Daily News Publishing Company and the Pittsburgh Newspaper Printing Pressmen's Union No. 9.**

Supreme Court of Pennsylvania.

Argued March 6, 1980.

Decided April 10, 1980.

sale. Thus appellant's claim must be rejected. See Restatement (Second) of Trusts § 181 (1959); II Scott, Law of Trusts 1463–66, § 181 (3d ed. 1967).

Appellant also contests the trustee's expenditures regarding insurance for the prints. Such action is clearly within the trustee's discretion in discharging its duty to protect trust assets from destruction. See Restatement (Second) of Trusts § 176 (1959); 20 Pa.C.S. § 3313; see also 20 Pa.C.S. § 7133.

J. Craig Kuhn, Kuhn, Engle & Stein, Pittsburgh, for appellants.

W. Gregg Kerr, Howard D. Schwartz, Margaret P. Joy, Eckert, Seamans, Cheri & Mellott, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Half of all the costs are to be paid by the appellants, and half of all the costs are to be paid by the appellee.

410 A.2d 776

**Paul W. AITKENHEAD et al., Appellants,**

v.

**The MUNICIPAL AUTHORITY OF the BOROUGH OF WEST VIEW.**

Supreme Court of Pennsylvania.

Argued March 6, 1980.

Decided April 10, 1980.

Samuel G. Weiss, Jr., Weiss, Weiss & Weiss, Lebanon, for appellant.

Fred E. Baxter, Jr., J. Jerome Mansmann, Jane Dale Ressler, Pittsburgh, for appellee.